United States Bankruptcy Court for the
Western District of Michigan

IN RE:

Case No. 10-13397

Debtor(s)
Kentwood Pharmacy LLC

### ORDER FOR RELEASE OF UNCLAIMED FUNDS

IT APPEARING THAT the amount of $ 1,959.04 constituting unclaimed funds due to Lorna Sparks , claimant in the above-referenced case, are on deposit with the United States Treasury.

IS ALSO APPEARING THAT Lorna Sparks , claimant, has furnished the required documentation for release of unclaimed funds and has complied with the provisions of 28 U.S.C. Section 2042.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $ 1,959.04 to the order of Lorna Sparks , claimant, and mail the check to 1609 Michigan Mt. Pleasant, MI. 48858

Dated: 10-29-15

United States Bankruptcy Judge